Antoine L. MILLER, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 654, 2015

Supreme Court of Delaware.

Submitted: December 7, 2016
Decided: January 3, 2017
Revised: January 31, 2017
Reargument Denied January 31, 2017

Court Below: Superior Court of the
State of Delaware, Cr. ID. No. 1411011958

AFFIRMED.